

## THE LAW OFFICE OF GREGORY P. MOUTON, JR.

Gregory P. Mouton, Jr., Esq., *Principal*
305 Broadway, 14th Floor
New York, NY 10007
Phone & Fax: (646) 706-7481
Email: info@moutonlawnyc.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/16/14

July 16, 2014

Hon. Shira A Scheindlin
United States District Judge
New York City Law Department
Southern District of New York
500 Pearl Street, Room 1620
New York, NY 10007

Plaintiffs' request is hereby granted. Plaintiffs may file an amended complaint.

SO ORDERED

Shira A. Scheindlin, USDJ
7/16/14

Via ECF

Re:  Patricio Jimenez, et al., v. The City of New York, et al., 14 Civ. 2994 (SAS) (FM)

Your Honor,

My Office represents Plaintiffs Patricio Jimenez and Maribel Gonzalez-Mosso Jimenez in the above-entitled matter. In that capacity, I write to respectfully request that the Court issue an order allowing Plaintiffs to amend their Complaint by July 14, 2014.

By way of background, a hearing was held in this matter on July 7, 2014, during which the Court directed Plaintiffs to file their First Amended Complaint by July 14, 2014. While Plaintiffs filed their First Amended Complaint on July 14, 2014, on July 15, 2014, the Clerk of Court entered an entry onto the docket indicating that the pleading was deficient as it did not annex leave of the Court to file the amended pleading.

For that reason, Plaintiffs respectfully request that the Court issue an Order allowing Plaintiffs to amend their Complaint by July 14, 2014, so that the Order may be annexed to the already-filed amended pleading as an exhibit.

Thank you for your time and consideration of this matter.

Respectfully submitted,

/s/

Gregory P. Mouton, Jr., Esq.

cc:

Tobias Zimmerman, Esq. (via ECF)
New York City Law Department
*Attorneys for Defendants*
*The City of New York,*
*Detective James Quilty, &*
*New York City Health & Hospitals Corporation*
100 Church Street
New York, NY 10007
Phone: (212) 356-2661

Thomas Catalano, Esq. (via ECF)
Lester, Schwab, Katz & Dwyer LLP
*Attorneys for Defendants*
*Mount Sinai Hospitals Group, Inc.,*
*The Mount Sinai Hospital, &*
*Hanna Cohen*
120 Broadway, 38th Floor
New York, NY 10271
Phone: (212) 964-6611

Kuuku Angate Minnah-Donkoh (via ECF)
Gordon Rees Scully Mansukhank LLP
*Attorneys for Defendant*
*Cyracom International, Inc.*
90 Broad Street, 23rd Floor
New York, NY 10004
Phone: (212) 269-5500