USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/25/2015

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------X

PATRICIO JIMENEZ ,

                           Plaintiff,

                 -against-

THE CITY OF NEW YORK, DETECTIVE
JAMES QUILTY, DETECTIVE MIGUEL
LOPEZ, and JOHN/JANE DOE #1   ,
                           Defendants.

-------------------------------------------------------X

**14 CIVIL 2994 (SAS)**

## JUDGMENT

Defendants having moved for summary judgment on all claims against them, primarily on the grounds that probable cause existed for Mr. Jimenez's arrest, and the matter having come before the Honorable Shira A. Scheindlin, United States District Judge, and the Court, on September 24, 2015, having rendered its Opinion and Order granting defendants' motion for summary judgment, dismissing this case with prejudice, and directing the Clerk of the Court to close this case the complaint, it is,

**ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated September 24, 2015, defendants' motion for summary judgment is granted, and this case is dismissed with prejudice; accordingly, the case is closed.

**Dated:**  New York, New York
       September 25, 2015

**RUBY J. KRAJICK**
_____
**Clerk of Court**

BY: _____
**Deputy Clerk**

**THIS DOCUMENT** WAS ENTERED
**ON THE DOCKET** ON _____