UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------ X

PATRICIO JIMENEZ,

           **Plaintiff,**

           - against -

THE CITY OF NEW YORK, DETECTIVE
JAMES QUILTY, DETECTIVE MIGUEL
LOPEZ, and JOHN/JANE DOE #1,

           **Defendants.**

------------------------------------------------------ X

**USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10|14|15**

**ORDER**

**14-cv-2994 (SAS)**

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

      Defendants' Motion for Attorneys' Fees Pursuant to Fed. R. Civ. P.

54(d) and for Sanctions was filed on October 9, 2015. Plaintiff's opposition is due

on November 6, 2015. Defendants' reply is due on November 20, 2015.

                            SO ORDERED:

                            Shira A. Scheindlin
                            U.S.D.J.

Dated:      New York, New York
           October 14, 2015

## -Appearances-

### For Plaintiff:

Gregory P. Mouton, Jr., Esq.
The Law Office of Gregory P. Mouton, Jr.
305 Broadway, 14th Floor
New York, NY 10007
(646) 706-7481

### For Defendants:

Tobias E. Zimmerman
Senior Counsel
City of New York Law Department
100 Church Street
New York, NY 10007
(212) 356-2661