

**eiber translations, inc.**
TRANSLATORS & INTERPRETERS

99 Powerhouse Road, Suite 100
Roslyn Heights, New York 11577
516.498.1111 / 718.463.2900
Fax: 516.498.2390
billing@eibertranslations.com

# INVOICE

| Bill To : | Invoice No. : | 15/54201 |
|---|---|---|
| Gregory P. Mouton, Esq.<br>305 Broadway, 14th Floor<br>New York, NY 10007<br>Att: Accoutns Payable | Invoice Date : | 9/7/2015 |
| | Job Date: | 8/20/2015 |

| Item | DESCRIPTION | Amount |
|---|---|---|
| Language - | Certified Spanish Interpreter | 285.00 |
| Held at - | Gregory P. Mouton, Esq., 305 Broadway, 14th Floor, New York, NY | |
| Appearances- | Gregory P. Mouton, Esq. | |
| In the matter entitled - | Patricio Jimenez v. The City of New York, et al. | |
| Witness | Patricio Jimenez - Site Translation of Affidavit | |
| Billing Data - | 4:30 PM to 5:30 PM<br><br>Three (3) Hour Minimum @ $95.00 Per Hour | |

**Terms: NET 30 DAYS**

**Total**     **$285.00**

TEAR OFF     TEAR OFF

Please detach and return with payment

Please remit payment to:
Eiber Translations, Inc.
99 Powerhouse Road, Suite 100
Roslyn Heights, NY 11577

| Invoice # | 15/54201 |
|---|---|
| Job Date | 8/20/2015 |
| Invoice Date | 9/7/2015 |
| **Total** | **$285.00** |
| Tax ID No.: 20-5015354 | |