**NEW YORK CITY**
**CRIMINAL JUSTICE AGENCY**

**INTERVIEW REPORT**

| CJA LOG Page | Line # | Precinct | Arrest # |
|---|---|---|---|
| 03 | 03 | 32 | M13609396 |

| Name: | JIMENEZ, PATRICIO | | | Name (on this arrest) from NYSID/Arrest | |
|---|---|---|---|---|---|
| Age: | 34 | Interview Date: | 2013-01-31 | Report: | PATRICIO JIMENEZ |
| DoB: | 1978 | Interview Time: | 00:48:00 | NYSID: | 12161297P |
| Sex: | MALE | CJA Interviewer: | N132 | Arrest Date: | 2013-01-30   Arrest Time: 17:30:00 |
| Hispanic? | YES | Interview Location: | CB | Arrest Charges: | 1. 120.00   2. |
| Race: | BLACK | Interview Language: | ENGLISH | | 3.   4. |

### RESIDENCE/FAMILY

| Current Address: | 2445 8TH AVE, 51B | Prior Address: | REFUSED ANSWER |
|---|---|---|---|
| City, State, Zip: | NEW YORK, NY, 10027 | City, State, Zip: | |
| Lives With: | SPOUSE;DEFENDANT CHILDREN(1 child) | | |
| Contact: | MARIBEL GONZALEZ | Contact: | |
| Relationship: | SPOUSE | Relationship: | |
| Phone #: | | Phone #: | |
| Length of Current Address: | Years 13  Months  Weeks | Length at Prior Address: | Years  Months |
| | | Contact still Resides at Prior Address? | |
| Alternate Address: | | Expects Someone at Arraignment? | YES |
| City, State, Zip: | | Name: | MARIBEL GONZALEZ |
| Contact: | | Relationship: | SPOUSE |
| Relationship: | | | |
| Phone #: | | | |

### EMPLOYMENT

| Employed? | FULL TIME | Does Defendant Provide Support for Others? | YES |
|---|---|---|---|
| Job/Position: | COOK | If "Yes" How Many? | 3 |
| Employer: | CIPRIANI | Other Sources of Financial Support: | NONE |
| Address: | DK | | |
| City, State, Zip: | NEW YORK, NY | | |
| Length of Employment: | Years: 14  Months: | Highest Grade: | 06 |
| Hours Worked/Week: | 40 | In School? | NO |
| Avg. Net Pay: | 600 | Name: | |
| Pay Period: | WEEKLY | In Training Program? | NO |
| Length of Unemployment: | Years:  Months: | Name: | |
| Other Employment Status: | | In Treatment Program? | NONE |

### CRIMINAL RECORD

| First Arrest (Excluding Violations)? | Warrant Attached to NYSID? | Prior Warrant? | # of Prior Felony Convictions | # of Prior Misdemeanor Convictions | Open Cases |
|---|---|---|---|---|---|
| YES | NONE | NO | 0 | 0 | 0 |

Gray Shading = Information from Official Sources
Miscellaneous Comments

LEGEND:
NP = No Phone    RA = Refuses to Answer
DK = Doesn't Know    NC = Not Calculated
NA = Not Applicable    No Shading = Information from Defendant

This report assesses the defendant's risk of flight by considering the following: community ties and warrant history as defined in sections 2(a)(ii) and 2(a)(iii)&(vi) of CPL 510.30 and open cases. However, a positive assessment is withheld for defendants with outstanding bench warrants attached to their NYSID sheet at the arrest. This report does not consider other criteria listed in CPL 510.30 such as the defendant's mental condition, the weight of the evidence, or the possible sentence.

### DEFENDANT'S RESPONSE VERIFICATION    CJA RECOMMENDATION

| # | | | |
|---|---|---|---|
| 1 | Has the defendant lived at his/her current address for 1.5 years or more? | YES | |
| 2 | Does the defendant live with parent, spouse, C/L spouse of 6 months, grandparent, or legal guardian? | YES | |
| 3 | Does the defendant have a working telephone in residence/cell phone? | YES | 1 |
| 4 | Does the defendant report a NYC area address? | YES | |

**RECOMMENDED FOR ROR**

P 3