BRONX SUPREME COURT
CRIMINAL DIVISION

THE PEOPLE OF THE STATE OF NEW YORK

v.

1. F███ O███   M/21
   Arrest# ███

                Defendant

STATE OF NEW YORK

COUNTY OF THE BRONX



PO DONTE ALARCON of 41 PCT, Shield# 020295, states that on or about August 24, 2012 at approximately 1:13 AM at the vicintiy of 588 Timpson Place, County of the Bronx, State of New York,

THE DEFENDANT COMMITTED THE OFFENSES OF:
1  (F) P.L. 125.12(1)     Vehicular Manslaughter in the Second Degree
                          DQO
2  (M) V.T.L. 1192(3)     Operating a Motor Vehicle While Under the
                          Influence of Alcohol or drug

IN THAT THE DEFENDANT DID: cause the death of another person and did operate a motor vehicle in violation of subdivision two, three or four of section eleven hundred ninety-two of the vehicle and traffic law or operates a vessel or public vessel in violation of paragraph (b),(c), (d) or (e) of subdivision two of section forty-nine-a of the navigation law, and as a result of such intoxication or impairment by the use of a drug, operates such motor vehicle, vessel or public vessel in a manner that causes the death of such other person and operate a motor vehicle while in an intoxicated condition.

THE GROUNDS FOR THE DEPONENT'S BELIEF ARE AS FOLLOWS:

Deponent states, based upon official investigation, and witnesses known to the Police Department, that, at the above time and place, the defendant was driving a 2003 Honda Civic, PA license plate# ███ along a public highway and struck J███ T███ with said vehicle two times, causing the death of J███ T███.

Deponent further states that deponent observed defendant to be under the influence of alcohol in that deponent observed defendant to be groggy and incoherent, unbalanced, and to have poor coordination.

**P 2**

Deponent states that he is informed by P.O. Ramon Hilario, Shield# 4380 of the 41 Precinct, that informant was present at the administration of a chemical test analysis of defendant's blood and defendant refused to take said test.

FALSE STATEMENTS MADE HEREIN ARE PUNISHABLE
AS A CLASS A MISDEMEANOR PURSUANT TO P.L. 210.45

| 08/24/2012 (18:31) | PO [signature] |
|---|---|
| DATE and TIME | SIGNATURE |

P 3