ORIGINAL



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
PATRICIO JIMENEZ,

PLAINTIFF,

- against - Case No.
14 Civ. 2994 (SAS)(FM)

THE CITY OF NEW YORK, DETECTIVE JAMES QUILTY, DETECTIVE MIGUEL LOPEZ, and JOHN/JANE DOE #1,

DEFENDANTS.
-----------------------------------------X

DATE: June 15, 2015

TIME: 12:07 p.m.

EXAMINATION BEFORE TRIAL of the Defendant, DETECTIVE JAMES QUILTY, taken by the Plaintiff, pursuant to a Court Order and the Federal Rules of Civil Procedure, held at the offices of Gregory P. Mouton, Esq., 305 Broadway, New York, New York 10007, before Millie Yee, a Notary Public of the State of New York.

A P P E A R A N C E S:

GREGORY P. MOUTON, ESQ.
Attorney for Plaintiff
305 Broadway, 14th Floor
New York, New York 10007
BY: GREGORY P. MOUTON, ESQ.
FILE #: 32

ZACHARY W. CARTER, ESQ.
CORPORATION COUNSEL
NEW YORK CITY LAW DEPARTMENT
Attorney for Defendants
100 Church Street
New York, New York 10007
BY: TOBIAS E. ZIMMERMAN, ESQ.
FILE #: 2014-015603

* * *

F E D E R A L S T I P U L A T I O N S

IT IS HEREBY STIPULATED AND AGREED by and between the counsel for the respective parties herein that the sealing, filing, and certification of the within deposition be waived; that the original of the deposition may be signed and sworn to by the witness before anyone authorized to administer an oath, with the same effect as if signed before a Judge of the Court; that an unsigned copy of the deposition may be used with the same force and effect as if signed by the witness, 30 days after service of the original 1 & copy of same upon counsel for the witness.

IT IS FURTHER STIPULATED AND AGREED that all objections except as to form, are reserved to the time of trial.

* * * *

DETECTIVE J. QUILTY

D E T E C T I V E J A M E S Q U I L T Y, called as a witness, having been first duly sworn by a Notary Public of the State of New York, was examined and testified as follows:

EXAMINATION BY

MR. MOUTON:

Q. Please state your name for the record.

A. Detective James Quilty.

Q. Where do you reside?

A. 250 West 135th Street, New York, New York 10030.

MR. ZIMMERMAN: Before we start, can I just say on the record my understanding is that the courts ordered this deposition be two hours so I'm not going to cut you off right at two hours but I will give you leeway, but I expect we're not going to waste a lot of time.

MR. MOUTON: The courts directed that the two witnesses that are going to appear tomorrow are two hours long, not Detective Quilty and not Detective

A. It would be a SPRINT or ICAT. Depending on -- I don't know when they switched, the dates, from SPRINT to ICAT.

Q. Can you tell me what information about this particular incident you learned.

A. States that first --

MR. ZIMMERMAN: Objection, assumes facts not in evidence.

Q. Did you review this prior to attempting to interview Mrs. Jimenez?

A. It would have been -- I don't know if it's this particular one, but it has a phone number so I was able to get a number for the individual.

Q. Now, if it wasn't this particular document that you reviewed, what other document would it have been?

A. It would be similar to this, it would be an ICAT or a SPRINT report.

Q. Would it have the same information as this particular document?

A. Generally yes.

Q. What other types of information would it have?