| PRISONER PEDIGREE CARD | Date 8·29·13 | Command 109 |
|---|---|---|
| PD 244-092 (Rev. 07-13) | Log Page No. | Time of Arrival at Command 0285 |

Arresting Officer's Rank, Name: PO TAYLOR, H  Shield No. 3780  Tax No. 926197  Command 109  Squad C2

READ TO PERPETRATOR: "IT IS A CRIME, WITH INTENT TO PREVENT A POLICE OFFICER FROM ASCERTAINING SUCH INFORMATION, TO KNOWINGLY MISREPRESENT YOUR ACTUAL NAME, DATE OF BIRTH OR ADDRESS TO A POLICE OFFICER" (FALSE PERSONATION P.L. 190.23 B MISDEMEANOR)

Defendant's Name: ███████  Preferred Name, if any:   D.O.B. ███ 29   Sex F   Race B

Defendant's Address: 149-29 ███████ FLUSHING, NY 11354

Location of Arrest: 149-29 ███████ FLUSHING, NY 11354

Primary Charge: Assault 3° / CROSS - COMPLAINANTS

Other Charges:

Property – Type and Amount:

Dependents Uncared For? ☐ Yes ☑ No  ☐ Adult ☐ Child
WNAM Check Results:
Warrant Hit? ☐ Yes ☐ No
Investigation Card (Want Card) Hit? ☐ Yes ☐ No

Personal Property Removed? ☑ Yes ☐ No  Type: CELL PHONE, KEYS
Amount: $8.00  Det. Sqd. Notified? ☐ Yes ☐ No

Supervisor Verifying Arrest: (Rank, Name)  Tax No.  Det. Name:  Shield No.

Time of Arrest: 2347  Funds: $8.00  Funds Ret: $8.00  Physical/Mental Condition: NORMAL CUT ON LEFT LEG

Medical Attention Requested? ☐ Yes ☑ No  Any Disability? ☐ Yes ☑ No

REMOVE THE PRISONER'S BELT AND SHOE LACES — SAFEGUARD YOUR WEAPON!



Compl # 6965 (OH5 (8·27·13)
ARREST # Q13651910-Q) 0457 (8·27·13)

AIDED # 1845
PHOTOS PRINTS 0516 (8·27·13)
ICAPS Complete ( ) 0518 (8·27·13)

ADA ( ) 1012 (8·27·13)

DEFENDANTS 27