```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------ X
PATRICIO JIMENEZ,                :
                                 :
              Plaintiff,         :
                                 :
     -against-                   :
                                 :    No. 14 Civ. 2994 (JFK)
THE CITY OF NEW YORK,            :         ORDER
DETECTIVE JAMES QUILTY,          :
DETECTIVE MIGUEL LOPEZ, and      :
JOHN/JANE DOE #1,                :
                                 :
              Defendants.        :
------------------------------ X
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/20/2016
```

**JOHN F. KEENAN, United States District Judge:**

On September 24, 2015, Judge Shira A. Scheindlin (Ret.) granted the Defendants' motion for summary judgment on all claims asserted against them and dismissed the case with prejudice. (See Op. & Order (Sept. 24, 2015), ECF No. 122.)

On December 9, 2015, Judge Scheindlin granted in part the Defendants' motion for attorney's fees under 42 U.S.C. § 1988 and sanctions pursuant to Federal Rule of Civil Procedure 56(h). (See Op. & Order (Dec. 9, 2015), ECF No. 131.)  On February 5, 2016, Judge Scheindlin denied Plaintiff's motion for reconsideration in all respects. (See Mem. Op. & Order (Feb. 5, 2016), ECF No. 144.)

Plaintiff and his attorney, Gregory Paul Mouton, Jr., appealed from the December 9, 2015 opinion and order.

1

By summary order dated December 13, 2016, the Second Circuit affirmed that part of the December 9, 2015 order imposing sanctions on Mr. Mouton pursuant to Federal Rule of Civil Procedure 56(h). The Second Circuit vacated that part of the December 9, 2015 order ordering the Plaintiff to pay attorney's fees under 42 U.S.C. § 1988.

Because Judge Scheindlin retired during the pendency of the Plaintiff's and Mr. Mouton's appeal, on December 14, 2016, the case was reassigned to me. Accordingly, it is hereby

**ORDERED** that, because the September 24, 2015 opinion and order resolved the substantive issues in this case, and the Second Circuit's summary order did not remand any part of the case to the district court, the Clerk of the Court is respectfully directed to close this case.

Dated:   New York, New York
         December 20, 2016

_____
John F. Keenan
United States District Judge